[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
CT Page 6508RE: PLAINTIFF'S MOTIONS FOR CONTEMPT#1 — DATED JUNE 7, 1996 (#397)#2 — DATED JUNE 7, 1996 — (#398)AS AMENDED ON AUGUST 12, 1996#3 — DATED JUNE 7, 1996 — (#399)
All motions are granted.
The court makes the following findings:
(1) As of June 6, 1996, the defendant was in arrears in the total amount of $47,210.
(See attached schedule for computation of the arrearages)
(2) This sum is subject to following credits:
A. $5,000 payment made in October, 1996;
B. $20,000 payment made on December 5, 1996;
C. Payments on arrearages withheld by defendant's employer at the rate of $125.48 per week from May 6, 1996 through December 15, 1996.
$125.48 per week from May 6, 1996 through December 15, 1996.
32 weeks x $125.48 = $4,015.36
(3) Balance due on June 6, 1996 $47,210
Payments thereon through December 15, 1996
A. $5,000
B. $20,000
 C. $4,015.36 ---------- $29,015.36 ----------- Balance due on December 15, 1996 $18,194.64 CT Page 6509
(4) The defendant shall be responsible for the payment of interest at the statutory rate of 10% on the various balances due from December 15, 1994 until payment in full is made.
(5) The balance does not include any sums that may be due the plaintiff for any share of bonuses owed to the defendant prior to June 6, 1996, as previously ordered by the court. The plaintiff may pursue her claim as to bonuses in the future, at her option.
It is ordered that the balance due shall continue to be reduced by the payments being withheld on the arrearages by the defendant's employer. Also, the defendant's share of the escrow account held by Cohen and Wolf, Trustees shall be subject to the balance due the plaintiff.
The court reserves the right to order acceleration of the payment of the balance of the arrearages due.
So Ordered.
NOVACK, J.
SCHEDULE OF ARREARAGE DUE AS OF JUNE 6, 1996.
============================================================================ Hearings on 12/13/94 and 12/15/94
Decisions and Orders on 12/29/94
Arrearage as of 12/15/94 (By Stipulation) $ 8,280
Payment of $ 3,150 or $3,105 ________
Balance Found as of 12/15/94 $ 5,275
Payments:
3/1/95 $ 1,000
4/11/95 $ 1,000
(Part of $ 3,680)
6/1/95 $ 2,000 $ 4,000 --------------- Balance Due on 1994 Order CT Page 6510
(As of 12/15/94)
Balance Due under Motion #1 $ 1,275
Period of 12/16/94 — 5/2/95
19 weeks x 1,035 = $19,665
Payments $16,440
Balance Due through 5/2/95
Balance Due under Motion #2 $ 3,225 ---------------- Total Due through 5/2/95 $ 4,500
Period of 5/3/95 — 6/9/95
6 wks. x 1,035 = $ 6,210
on 6/7/95 — Modified Order
Effective 6/16/95 — 430/wk. c/s (670) 300/wk. A (365) --- 730/wk.
Period of 6/16/95 — 12/29/95
 28 weeks @ $ 730 = $ 20,440 -------------- Due at end of 1995 $ 26,650
Period of 1/5/96 — 6/6/96
 22 weeks x 730 = $16,060 -------------- Due Through 6/6/96 — Motion #3 $ 42,710
Summary: #1 $ 1,275 #2 $ 3,225 #3 $42,710 ------- $47,210 CT Page 6511